The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIOVANNI NUNEZ, <br><br> Defendant. | NO. MJ19-580 MAT <br><br> [PROPOSED] DISCOVERY PROTECTIVE ORDER <br><br> Noting Date: March 16, 2020 |

The Court has considered the parties' stipulated motion for a discovery protective order. The Court finds that there is a proper basis to issue a discovery protective order given the privacy concerns regarding the production and disclosure of the cell phone contents. Accordingly, it is ordered that: (1) Mr. Nunez is free to possess and review a copy of the contents downloaded from his own cell phones; but (2) the disclosure and production of the contents downloaded from other individuals' cell phones is limited to Mr. Nunez's counsel and the defense team, except that Mr. Nunez may possess and/or review with his

//
//
//

1  counsel certain parts of the contents downloaded from other individuals' cell phones
2  upon the parties' agreement that such disclosure is appropriate. In the event the parties
3  cannot reach agreement on whether particular parts of the contents of other individuals'
4  cell phones should be exempted from the protective order, defense counsel can raise the
5  issue with the Court by way of a motion.

7  DATED this 24th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

/s/ Seungjae Lee
SEUNGJAE LEE
Assistant United States Attorney

STIPULATED MOTION FOR PROTECTIVE ORDER - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970