The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ19-580 MAT |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO EXTEND TIME TO OBTAIN AN INDICTMENT |
| JIOVANNI NUNEZ, | |
| Defendant. | |

This Court having considered the government's motion to extend the indictment deadline in this matter *and the Defendant's response* and General Order 02-20 suspending the grand jury as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that based the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendant Jiovanni Nunez in this matter is hereby extended to June 26, 2020.

DATED this  30th  day of March, 2020.

_____
Michelle L. Peterson
United States Magistrate Judge

Presented by:

s/ Seungjae Lee
Assistant United States Attorney

ORDER TO TOLL SPEEDY INDICTMENT- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800