1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    UNITED STATES OF AMERICA,

9                      Plaintiff,

10           v.

11   JIOVANNI ALEJANDRO NUNEZ,

12                      Defendant.

CASE NO. MJ-19-580-BAT

**ORDER GRANTING MOTION TO
EXTEND TIME TO SEEK
INDICTMENT**

13

14       The Court GRANTS the United States' motion to extend the time to seek an indictment.

15   Dkt. 25.  Defendant objects to the motion. Dkt. 26. Under normal circumstances, the United

16   States must timely indict or face dismissal of the complaint. These are not normal times. The

17   government cannot present its case against defendant to the Grand Jury because there are no

18   Grand Jury proceedings in the District due to the COVID-19 health crises. *See* General Order 08-
20.

19       COVID-19 endangers the community, the parties, the lawyers, the judiciary, and both

20   grand and petit jurors. To insist the Grand Jury convene and jury trials proceed within the normal

21   time frames exposes all to grave illness and potential death. Accordingly, the Court finds the

22   ends of justice that are served by granting the requested continuance outweigh the best interests

23   of the public and the defendant in a speedy trial and ORDERS:

ORDER GRANTING MOTION TO EXTEND
TIME TO SEEK INDICTMENT - 1

1      1)  The date on or before which an indictment must be filed is extended to August 31,

2  2020.

3      2) The period of delay from December 10, 2019 to August 31, 2020, is excludable time

4  pursuant to Title 18, U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations

5  imposed by the Speedy Trial Act.

6      DATED this 7th day of July, 2020.

7

8                                         _____

                                       BRIAN A. TSUCHIDA

9                                       Chief United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION TO EXTEND
TIME TO SEEK INDICTMENT - 2